

# In the Missouri Court of Appeals
# Eastern District

MAY 24, 2016

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.    ED102929    STATE OF MISSOURI, RES V BRANDON L. WILSON, APP

2.    ED102937 STATE OF MISSOURI, RES V HYDRES BINION, APP

3.    ED103029 STATE OF MISSOURI, RES V BRYANT HARDY, APP

4.    ED103291 STATE OF MISSOURI, RES V STEVENSON EDWARDS, APP

5.    ED103688 IN MATTER OF THE ESTATE OF:  JAKE PALUMBO DECEASED


**CORRECTION(S):**


1.    ED103323 AMBER R. (FOX) MILLER, APP V STATE OF MISSOURI,RES